# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ROBERT DESJEAN,**
Appellant,

v.

**DIANNE PETERSON RYAN,**
Appellee.

No. 4D2022-2708

[December 7, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE20-009186.

June G. Hoffman and Eric A. Rosen of Fowler White Burnett, P.A., West Palm Beach, for appellant.

Herbert B. Dell, Steven L. Winig, and A. Max Zaretsky of Herbert B. Dell, P.A., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***